514 A.2d 1373

**COMMONWEALTH SECURITIES AND INVESTMENTS, INC. (formerly Henry Fisher & Co., Inc., d/b/a Henry Fisher Municipals)**

**v.**

**COMMONWEALTH of Pennsylvania, Appellant.**

**C.C. COLLINGS & CO., INC.**

**v.**

**COMMONWEALTH of Pennsylvania, Appellant.**

**A.E. MASTEN & COMPANY, INC.**

**v.**

**COMMONWEALTH of Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1986.

Decided Oct. 1, 1986.

Michael A. Roman, Deputy Atty. Gen., Harrisburg, for appellant.

Foster S. Goldman, Jr., Robert T. Harper, Berkman, Ruslander, Pohl, Lieber & Engel, Pittsburgh, for A.E. Masten & Co.

P.J. DiQuinzio, West Chester, Francis Mazzola, Dechert, Price & Rhoads, Harrisburg, for C.C. Collings & Co.

John D. O'Brien, Pittsburgh, for Commonwealth Securities & Investments, etc.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Orders affirmed on the opinion of the Commonwealth Court authored by The Honorable Theodore O. Rogers.

ZAPPALA, J., did not participate in the consideration or decision of this case.